```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

**CORNELIUS ETHERIDGE,**       \*
                               \*
    Plaintiff,           \*
                               \*
vs.                            \*   CIVIL ACTION 08-00357-WS-B
                               \*
**MICHAEL J. ASTRUE,**         \*
**Commissioner of**            \*
**Social Security,**           \*
                               \*
    Defendant.           \*

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 10, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 29th day of September, 2009.

                                          <u>s/WILLIAM H. STEELE</u>
                                          **UNITED STATES DISTRICT JUDGE**