```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

```
CORNELIUS ETHERIDGE,            *
                                *
    Plaintiff,                  *
                                *
vs.                             *   CIVIL ACTION 08-00357-WS-B
                                *
MICHAEL J. ASTRUE,              *
Commissioner of                 *
Social Security,                *
                                *
    Defendant.                  *
```

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits, be **REVERSED** and **REMANDED.**

**DONE** and **ORDERED** this the 29th day of September, 2009.

　　　　　　　　　　　　　　　　　s/WILLIAM H. STEELE
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**