FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CORNELIUS ETHERIDGE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | **CIVIL ACTION 08-0357-WS-B** |
| | * | |
| **MICHAEL J. ASTRUE,** | * | |
| **Commissioner of** | * | |
| **Social Security,** | * | |
| | * | |
| **Defendant.** | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 10, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 31st day of December, 2009.

<u>s/WILLIAM H. STEELE</u>
UNITED STATES DISTRICT JUDGE