IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CORNELIUS ETHERIDGE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | **CIVIL ACTION 08-0357-WS-B** |
| | * | |
| **MICHAEL J. ASTRUE,** | * | |
| **Commissioner of** | * | |
| **Social Security,** | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), that the award be limited to the EAJA rate of $168.42 per hour, thereby resulting in an award of $1,583.15 for 9.40 attorney hours spent representing Plaintiff in connection with this action**.**

**DONE** and **ORDERED** this the 31st day of December, 2009.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE