# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CORNELIUS ETHERIDGE,** | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 08-00357-WS-B |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner is authorized to receive **$9,453.70** as a fee for services rendered before this Court, said amount representing the remaining balance of twenty-five percent (25%) of the total past-due benefits awarded Plaintiff. Additionally, Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$1,583.15,** which was previously awarded pursuant to the Equal Access to Justice Act.

**DONE** this the 16th day of November**, 2010.**

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**